# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS2 | 9269263 | ROHLOFF | 4627 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 09/24/2021
Offense Charged: ☐ CFR ☐ USC ☒ State Code
CVC 14601

Place of Offense: CAMP PENDLETON
BLDG 51916 SAN ONOFRE GATE CA, 92055

Offense Description: Factual Basis for Charge — HAZMAT ☐
DRIVING WITH A SUSPENDED DRIVERS LICENSE

21-  02870

### DEFENDANT INFORMATION

Last Name: PENALOZA MARTINEZ
First: ELIAZAR

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8FZC885 | CA | 12 | HONDA/CR-V | | SILVER |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W BROADWAY, SAN DIEGO, CA 92101

Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

*9269263*

CVB SCAN 12/03/2021 14:28

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

2021/09/24
Camp Pen[dleton]

21-  02870

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/24/2021
Date (mm/dd/yyyy) / Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) / U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/03/2021 14:28